UNITED STATES DISTRICT COURT
For the
EASTERN DISTRICT OF N.Y.

INDEX NO.: CV-115069

DATE FILED: 10/18/2011

AFFIDAVIT OF SERVICE
SUMMONS IN CIVIL ACTION
&
VERIFIED COMPLAINT

------------------------------------------------------------x
**MARIANNE NICOSIA**
        Plaintiff,

 -against-
**UNITED STATES POSTAL SERVICES,**

        Defendants
------------------------------------------------------------x

STATE OF NEW YORK, COUNTY OF NASSAU; ss: John Tripolone being first duly sworn, deposes and states that deponent is over the age of 18 years, is not a party to the action herein and resides in the State of New York.

On 12/7/2011 at 3:00 PM at 100 FEDERAL PL. RM.610 CENTRAL ISLIP, N.Y. 11772 affiant served the within **SUMMONS & VERIFIED COMPLAINT** upon J.McDermott, an agent authorized to accept for said defendant **UNITED STATES POSTAL SERVICES** Deponent person to be an authorized agent for said defendant **UNITED STATES POSTAL SERVICES** and was of ~~suddable~~ SUITABLE AGE.

The person so served is described as follows: **Sex: MALE   Age: 50     Race: WHITE   Hair Color: BROWN Height: 6'2"   Weight: 225   Eye Color: Other:**

_X_ I Asked the individual so served as to whether or not the Defendant was in the active military or naval service of the United States of merica or New York State in any manner or capacity and I received a negative reply. The person so served wore ordinary civilian clothing and no naval or military uniform. The source of this information are the events set forth above, which form the grounds for my belief. Based upon the foregoing, I hereby state, upon information and belief, that the Respondent is not in the military or naval service of the United States of America or the State of New York as same is defined in state and Federal statutes.

                       _____
                        John Tripolone

Subscribed and sworn to before me
this _13_ day of _December_ 2011

_____
CATHERINE WARD
Notary Public, State of New York
No. 01WA6120736
Qualified in Suffolk County
Commission Expires: Dec. 27, 2013