# CARTIER, BERNSTEIN, AUERBACH AND DAZZO, P.C.
## ATTORNEYS & COUNSELLORS AT LAW

Partners
RUDOLPH HENRI CARTIER, JR.
WILLIAM J. BERNSTEIN
KENNETH A. AUERBACH*
GEORGE EDWARD DAZZO†

Associates
TINA MARIE SPECHT
LINDA MARIE BOSWELL

Administrator
THERESA M. SAMPOLLO

*Member of New York and New Jersey Bar
†Member of New York and Virginia Bar

100 Austin Street, Building 2
Patchogue, New York 11772

(631) 654-4900
(1-800-445-6922)
Fax: (631) 654-0724 Personal Injury
(631) 654-1617 Matrimonial

APPOINTMENTS AVAILABLE THROUGHOUT
MANHATTAN, BROOKLYN, QUEENS
BRONX AND NASSAU COUNTIES

Email address
chsba77@aol.com

Visit us at
www.chbalawyers.com

Like Us On Facebook
www.facebook.com/chbaLawyers

EAST END OFFICE
38 Nugent Street
Southampton, New York 11968
(631) 287-3053
Fax: (631) 287-2912

December 23, 2013

Hon. Gary R. Brown
United States Magistrate Judge
United States District Court
100 Federal Plaza
Central Islip, NY 11722

Re: Nicosia v. United States of America
Case No. 11-CV-5069 (Seybert, J.) (Brown, M.J.)

Dear Judge Brown:

We recently received the Letters Testamentary in reference to the above matter. A copy is annexed hereto.

We respectfully request that you consider same in your decision regarding the motion pending before your Honor.

If you should have any other questions, please do not hesitate to contact the undersigned.

Very truly yours,

*Kenneth A. Auerbach*
Kenneth A. Auerbach (KA 7504)

KAA/cw
enc.

cc: Kenneth M. Abell, Esq.